LANE WALSH v. ULTIMATE CORPORATION.

May 30, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 383)

STATE OF NEW JERSEY v. ROBERT E. PARKER.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GRAHAM HOLLINGSWORTH.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ELMER SQUARE, JR.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TATIA PRESCOTT.

May 30, 1989.

Petition for certification denied.